Case 5:20-cv-00206   Document 21   Filed on 05/27/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 27, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JOSH LIMAS, § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 5:20-CV-206 |
| § | |
| RITTER COIN LAUNDRIES INC, § § | |
| Defendant. § | |

# ORDER

On May 27, 2021, Plaintiff Josh Limas and Defendant Ritter Coin Laundries, Inc. filed a "Joint Stipulation of Dismissal With Prejudice Pursuant to FRCP 41(a)(1)" (Dkt. 20). The stipulation (Dkt. 20), which is signed by counsel for all Parties, satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and requests a dismissal with prejudice. (*Id.* at 1–2.) Accordingly, the case has been DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(B). The Clerk of Court is DIRECTED to TERMINATE the case.[1]

IT IS SO ORDERED.

SIGNED this 27th day of May, 2021.

Diana Saldaña
United States District Judge

---

[1] Plaintiff need not file a response to the Court's May 25, 2021 order to show cause (Dkt. 19).